1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MONICA ABBOUD,                              No.  2:23-cv-02579-KJN

12              Plaintiff,                        ORDER TO SHOW CAUSE

13         v.

14    GEOZONING, INC., et al.

15              Defendants.

16

17         Plaintiff filed the instant action, paid the filing fee, and was given a summons and initial

18    scheduling order by the Clerk of Court.  (See ECF Nos. 1, 2, 3.)  The scheduling order required

19    plaintiff to serve defendant GEOZONING, INC within 90 days, and by 10 days after, "shall file

20    with the Clerk a certificate reflecting such service."  (See ECF No. 3 at ¶ 2.)  This is also required

21    by Rule 4 of the Federal Rules of Civil Procedure:

22              If a defendant is not served within 90 days after the complaint is
               filed, the court—on motion or on its own after notice to the
23              plaintiff—must dismiss the action without prejudice against that
               defendant or order that service be made within a specified time.
24              But if the plaintiff shows good cause for the failure, the court must
               extend the time for service for an appropriate period.
25

26    Fed. R. Civ. P. 4(m).  Despite the deadline, the record does not reflect that plaintiff has attempted

27    service on defendant GEOZONING, INC.

28    /////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall file a statement with the court indicating the status of service of defendant GEOZONING, INC, or any good cause reasons why defendant has not been served pursuant to Federal Rule of Civil Procedure 4.

2. Plaintiff shall also indicate the status of service of defendant AFFORDABLE HEALTH INSURANCE AGENCY, LLC.

3. Failure to respond to this order, or failure to show good cause for the lack of service of process, may result in dismissal of plaintiff's case without prejudice.

4. The Minute Order issued on March 19, 2024, ECF No. 8, is VACATED.

Dated:  April 1, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, abbo.2579

2