|   |   |
|---|---|
| MONICA ABBOUD, | Case No. 2:23-cv-02579-CSK |
| Plaintiff, |   |
| v. | ORDER |
| GEOZONING, INC., et al., | (ECF No. 10) |
| Defendants. |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

This action commenced on November 8, 2023.[1] Plaintiff's original Complaint named Defendant Geozoning, Inc. DBA HealthSherpa Insurance Agency ("Geozoning"). (ECF No. 1.) On February 22, 2024, Plaintiff filed the operative First Amended Complaint ("FAC") and added Defendant Affordable Health Insurance Agency, LLC ("AHIA"). (ECF No. 4.) On April 1, 2024, the Court issued an order to show cause ordering Plaintiff to file a statement indicating the status of service of all defendants. (ECF No. 10.) On April 15, 2024, Plaintiff filed a response stating that she intended to voluntarily dismiss Defendant Geozoning without prejudice from this action. 4/15/2024 Declaration of Mona Amini ¶ 4 (ECF No. 11). Plaintiff also indicated that she was attempting to serve Defendant AHIA but had been unsuccessful and requested additional time to effectuate service. *Id*. at

---

[1] This action was randomly assigned to the undersigned pursuant to Appendix A sub. (m) of the court's Local Rules.

¶¶ 5-6. On April 18, 2024, Plaintiff filed an affidavit providing proof that Defendant AHIA was served on April 18, 2024, making AHIA's response to the FAC due on or by May 9, 2024. (ECF No. 12.)

    To date, Plaintiff has not filed a notice of voluntary dismissal of Defendant Geozoning pursuant to Federal Rules of Civil Procedure 41(a) despite Plaintiff's indication over two months ago that she would be doing so. (*See* ECF No. 11.) In addition, the deadline for Defendant AHIA to respond to the FAC has passed and Plaintiff has taken no action. It is Plaintiff's responsibility to prosecute her case diligently. That includes, where applicable, voluntarily dismissing a defendant the plaintiff has chosen not to pursue, as Plaintiff has indicated here, and when a defendant fails to timely respond to the complaint, pursuing default and remedies pursuant to Federal Rules of Civil Procedure 55.

    Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on April 2, 2024 (ECF No. 10) is DISCHARGED;
2. Within fourteen (14) days from the date of this Order, Plaintiff shall file a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a) as to Defendant Geozoning as Plaintiff indicated would be done in her April 15, 2024 filing (*see* ECF No. 11);
3. Plaintiff shall show cause in writing, no later than thirty (30) days from the date of this Order, why this action should not be dismissed for lack of prosecution; and
4. If Plaintiff fails to comply with this Order, the Court will recommend that this case be dismissed without prejudice for failure to prosecute.

Dated: June 26, 2024

                                               CHI SOO KIM
                                               UNITED STATES MAGISTRATE JUDGE

4, abbo2579.23